

**BANK OF AMERICA**

P.O. BOX 15284
WILMINGTON, DE 19850



EXHIBIT
A

Customer Service Information:
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX 75267-2050
**Mail payment to:**
Bank of America
P.O. Box 15019
Wilmington DE 19886-5019



CUONG NGUYEN
9591 DECKER AVE
ANAHEIM CA 92804-6324

**Visa Signature®**
Account# 4400 6633 4790 **1541**
December 21 - January 20, 2022

## Account Summary

| | |
|---|---:|
| Previous Balance | $0.00 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $9,226.70 |
| Balance Transfers | $14,000.00 |
| **Fees Charged** | **$560.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $23,786.70 |
| Total Credit Line | $24,000.00 |
| Total Credit Available | $213.30 |
| Cash Credit Line | $7,200.00 |
| Portion of Credit Available for Cash | $213.30 |
| Statement Closing Date | 01/20/2022 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---:|
| New Balance Total | $23,786.70 |
| Current Payment Due | $237.00 |
| Total Minimum Payment Due | $237.00 |
| Payment Due Date | 02/17/2022 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 31 years | $46,966.00 |
| $758.00 | 36 months | $27,288.00 (Savings = $19,678.00) |

**If you would like information about credit counseling services, call 866.300.5238.**

20   02378670000237000000000000004400663347901541

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON DE 19886-5019

Account Number: 4400 6633 4790 **1541**

| | |
|---|---:|
| New Balance Total | $23,786.70 |
| Total Minimum Payment Due | $237.00 |
| Payment Due Date | 02/17/2022 |

Enter payment amount   $

CUONG NGUYEN
9591 DECKER AVE
ANAHEIM CA 92804-6324

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*

**Mail this coupon along with your check payable to: Bank of America**

⑆524022250⑆   1962334790154⑊"


#3

CUONG NGUYEN | Account # 4400 6633 4790 1541 | December 21 - January 20, 2022

## Transactions

| Transaction Date | Posting Date | Description | | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | | |
| 01/04 | 01/05 | THE OCEAN'S YIELD | FOUNTAIN VALLCA | 8833 | 1541 | 1,086.25 | |
| 01/04 | 01/06 | STAX *THE OCEANS YI | 714-943-5055 CA | 7611 | 1541 | 680.00 | |
| 01/05 | 01/06 | THE OCEAN'S YIELD | FOUNTAIN VALLCA | 0630 | 1541 | 1,706.75 | |
| 01/06 | 01/07 | THE OCEAN'S YIELD | FOUNTAIN VALLCA | 6857 | 1541 | 4,645.00 | |
| 01/06 | 01/08 | AUM BEER HOUSE | 714-2678431 CA | 7981 | 1541 | 105.50 | |
| 01/08 | 01/11 | THE OCEAN'S YIELD | FOUNTAIN VLY CA | 1196 | 1541 | 1,003.20 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | | $9,226.70 |
| | | **Balance Transfers** | | | | | |
| 01/06 | 01/06 | BALANCE TRANSFER TJ MAXX MAST | | 7594 | 1541 | 1,000.00 | |
| 01/10 | 01/10 | BALANCE TRANSFER CITICORP CHO | | 7594 | 1541 | 13,000.00 | |
| | | TOTAL BALANCE TRANSFERS FOR THIS PERIOD | | | | | $14,000.00 |
| | | **Fees** | | | | | |
| 01/06 | 01/06 | BALANCE TRANSFER - TRANSACTION FEE | | 7594 | 1541 | 40.00 | |
| 01/10 | 01/10 | BALANCE TRANSFER - TRANSACTION FEE | | 7594 | 1541 | 520.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | | $560.00 |
| | | **Interest Charged** | | | | | |
| 01/20 | 01/20 | INTEREST CHARGED ON PURCHASES | | | | 0.00 | |
| 01/20 | 01/20 | INTEREST CHARGED ON BALANCE TRANSFERS | | | | 0.00 | |
| 01/20 | 01/20 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | | 0.00 | |
| 01/20 | 01/20 | INTEREST CHARGED ON BANK CASH ADVANCES | | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | | $0.00 |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $560.00 |
| Total interest charged in 2022 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | | Interest Charges by Transaction Type | |
|---|---|---|---|---|---|---|---|---|
| **Purchases** | 13.24%V | | | | $ | 0.00 | $ | 0.00 |
| **Balance Transfers** | 13.24%V | | | | $ | 0.00 | $ | 0.00 |
| Promotional APR | 0.00% | BT | LK34-51816 | 07/20/2023 | $ | 5,300.64 | $ | 0.00 |
| **Direct Deposit and Check Cash Advances** | 13.24%V | | | | $ | 0.00 | $ | 0.00 |
| **Bank Cash Advances** | 13.24%V | | | | $ | 0.00 | $ | 0.00 |

APR Type Definitions  Promotional Transaction Types: BT = Balance Transfer; Daily Interest Rate Type: V= Variable Rate (rate may vary); APR Type: Promotional APR (APR for limited time on eligible transactions)