**BANK OF AMERICA**

P.O. BOX 15284
WILMINGTON, DE 19850

Statement Enclosed


EXHIBIT B

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110

**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX  75267-2050

**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX  75285-1001

SS 0323   N 155 691 1        18003 #801 AV 0.426

CUONG NGUYEN
4530 NASSAU DR
SUGAR LAND TX  77479-2115

**Visa Signature®**
Account# 4400 6640 2075 6186
February 21 – March 20, 2022

## Account Summary

| | |
|---|---|
| Previous Balance | $23,786.70 |
| Payments and Other Credits | –$1,003.20 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$28.00** |
| **Interest Charged** | **$83.97** |
| New Balance Total | $22,895.47 |
| Total Credit Line | $24,000.00 |
| Total Credit Available | $1,104.53 |
| Cash Credit Line | $7,200.00 |
| Portion of Credit Available for Cash | $1,104.53 |
| Statement Closing Date | 03/20/2022 |
| Days in Billing Cycle | 28 |

## Payment Information

| | |
|---|---|
| New Balance Total | $22,895.47 |
| Current Payment Due | $339.00 |
| Past Due Amount | $454.00 |
| Total Minimum Payment Due | $793.00 |
| Payment Due Date | 04/17/2022 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be increased up to the Penalty APR of **29.99%**.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 30 years | $45,154.00 |

If you would like information about credit counseling services, call **866.300.5238**.

---

20      022895470007930000100320000440066402075 6186

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX  75285-1001

Account Number: 4400 6640 2075 6186

| | |
|---|---|
| New Balance Total | $22,895.47 |
| Total Minimum Payment Due | $793.00 |
| Payment Due Date | 04/17/2022 |

CUONG NGUYEN
4530 NASSAU DR
SUGAR LAND TX  77479-2115

Enter payment amount     $

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

⑆ 524022250⑆     196 240 2075 6186⑈          # 4



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 01/08 | 03/17 | FRAUD DISPUTE | 1196 | 6186 | −1,003.20 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$1,003.20 |
| | | **Fees** | | | | |
| 03/17 | 03/18 | LATE FEE FOR PAYMENT DUE | | 6186 | 28.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $28.00 |
| | | **Interest Charged** | | | | |
| 03/20 | 03/20 | INTEREST CHARGED ON PURCHASES | | | 83.97 | |
| 03/20 | 03/20 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 03/20 | 03/20 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 03/20 | 03/20 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $83.97 |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $588.00 |
| Total interest charged in 2022 | $83.97 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 13.24%V | | | | $ 8,267.88 | $ 83.97 |
| **Balance Transfers** | 13.24%V | | | | $ 0.00 | $ 0.00 |
| Promotional APR | 0.00% | BT | LK34-51816 | 07/20/2023 | $ 14,560.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 13.24%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 13.24%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Promotional Transaction Types: BT = Balance Transfer; Daily Interest Rate Type: V= Variable Rate (rate may vary); APR Type: Promotional APR (APR for limited time on eligible transactions)