

**BANK OF AMERICA**
www.bankofamerica.com

LL 0322    816 282      19865 #@01 AB 0.461
CUONG NGUYEN
4530 NASSAU DR
SUGAR LAND TX 77479-2115



EXHIBIT **C**

March 18, 2022

Account ending in: 1541

Cuong Nguyen:

We've issued a temporary credit for $1,003.20 while we conduct our research.

**What you can expect**
* You'll see the temporary credit on your next statement.
* Due to the extensive research required to resolve your claim, it may take some time before we're able to inform you of the final result.
* We'll contact you once we've resolved your inquiry.
* If it's determined through our research that the transaction(s) is valid, the temporary credit we applied to your account may be reversed.

**We're here to help**
We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 800.472.7970, Monday through Friday, 8 a.m. to 7 p.m. Eastern.



#5