**BANK OF AMERICA**



P.O. BOX 15284
WILMINGTON, DE 19850


**EXHIBIT**
**D**

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX 75267-2050
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

Statement Enclosed

|||||||||||||||||||||||||||||||||||||||||||||||||||
SS 0524  N 254 324 1     06058 #@01 AV 0.426

CUONG NGUYEN
4530 NASSAU DR
SUGAR LAND TX 77479-2115

**Visa Signature®**
Account# 4400 6640 2075 6186
April 21 - May 20, 2022

## Account Summary

| | |
|---|---|
| Previous Balance | $23,030.56 |
| Payments and Other Credits | −$23,030.56 |
| Purchases and Adjustments | $9,226.70 |
| Balance Transfers | $14,000.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $23,226.70 |
| Total Credit Line | $24,000.00 |
| Total Credit Available | $773.30 |
| Cash Credit Line | $7,200.00 |
| Portion of Credit Available for Cash | $773.30 |
| Statement Closing Date | 05/20/2022 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $23,226.70 |
| Current Payment Due | $232.00 |
| Total Minimum Payment Due | $232.00 |
| Payment Due Date | 06/17/2022 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 31 years | $47,626.00 |
| $753.00 | 36 months | $27,108.00 (Savings = $20,518.00) |

**If you would like information about credit counseling services, call 866.300.5238.**

20     0232267000023200023030560004400664020756186

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

|||||||||||||||||||||||||||||||||||||||||||

CUONG NGUYEN
4530 NASSAU DR
SUGAR LAND TX 77479-2115

Account Number: 4400 6640 2075 6186

| | |
|---|---|
| New Balance Total | $23,226.70 |
| Total Minimum Payment Due | $232.00 |
| Payment Due Date | 06/17/2022 |

Enter payment amount   $

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

⑆5240 22250⑈ 196 240 20756 186⑆

CUONG NGUYEN   |   Account # 4400 6640 2075 6186   |   April 21 - May 20, 2022



## Transactions

| Transaction Date | Posting Date | Description | | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | | |
| 01/04 | 04/27 | FRAUD DISPUTE | | 7611 | 6186 | −680.00 | |
| 01/04 | 04/27 | FRAUD DISPUTE | | 8833 | 6186 | −1,086.25 | |
| 01/05 | 04/27 | FRAUD DISPUTE | | 0630 | 6186 | −1,706.75 | |
| 01/06 | 04/27 | FRAUD DISPUTE | | 7981 | 6186 | −105.50 | |
| 01/06 | 04/27 | FRAUD DISPUTE | | 7594 | 6186 | −1,000.00 | |
| 01/06 | 04/27 | CASH FEE ADJUSTMENT | JAN 2022 | 7594 | 6186 | −40.00 | |
| 01/06 | 04/27 | FRAUD DISPUTE | | 6857 | 6186 | −4,645.00 | |
| 01/10 | 04/27 | FRAUD DISPUTE | | 7594 | 6186 | −13,000.00 | |
| 01/10 | 04/27 | CASH FEE ADJUSTMENT | JAN 2022 | 7594 | 6186 | −520.00 | |
| 03/17 | 04/27 | LATE FEE ADJUSTMENT | MAR 2022 | 6857 | 6186 | −28.00 | |
| 03/20 | 04/27 | INTEREST REF PURCHASES | MAR 2022 | 0630 | 6186 | −17.42 | |
| 03/20 | 04/27 | INTEREST REF PURCHASES | MAR 2022 | 7611 | 6186 | −6.94 | |
| 03/20 | 04/27 | INTEREST REF PURCHASES | MAR 2022 | 7981 | 6186 | −1.08 | |
| 03/20 | 04/27 | INTEREST REF PURCHASES | MAR 2022 | 8833 | 6186 | −11.09 | |
| 03/20 | 04/27 | INTEREST REF PURCHASES | MAR 2022 | 6857 | 6186 | −47.44 | |
| 04/17 | 04/27 | LATE FEE ADJUSTMENT | APR 2022 | 6857 | 6186 | −39.00 | |
| 04/20 | 04/27 | INTEREST REF PURCHASES | APR 2022 | 0630 | 6186 | −19.86 | |
| 04/20 | 04/27 | INTEREST REF PURCHASES | APR 2022 | 7611 | 6186 | −7.91 | |
| 04/20 | 04/27 | INTEREST REF PURCHASES | APR 2022 | 7981 | 6186 | −1.23 | |
| 04/20 | 04/27 | INTEREST REF PURCHASES | APR 2022 | 8833 | 6186 | −12.64 | |
| 04/20 | 04/27 | INTEREST REF PURCHASES | APR 2022 | 6857 | 6186 | −54.45 | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | | | | −$23,030.56 |
| | | **Purchases and Adjustments** | | | | | |
| 01/04 | 04/29 | FRAUD DISPUTE | | 8833 | 6186 | 1,086.25 | |
| 01/04 | 04/29 | FRAUD DISPUTE | | 7611 | 6186 | 680.00 | |
| 01/05 | 04/29 | FRAUD DISPUTE | | 0630 | 6186 | 1,706.75 | |
| 01/06 | 04/29 | FRAUD DISPUTE | | 6857 | 6186 | 4,645.00 | |
| 01/06 | 04/29 | FRAUD DISPUTE | | 7981 | 6186 | 105.50 | |
| 01/08 | 04/29 | FRAUD DISPUTE | | 1196 | 6186 | 1,003.20 | |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | | $9,226.70 |
| | | **Balance Transfers** | | | | | |
| 01/06 | 04/29 | FRAUD DISPUTE | | 7594 | 6186 | 1,000.00 | |
| 01/10 | 05/02 | FRAUD DISPUTE | | 7594 | 6186 | 13,000.00 | |
| | | **TOTAL BALANCE TRANSFERS FOR THIS PERIOD** | | | | | $14,000.00 |
| | | **Interest Charged** | | | | | |
| 05/20 | 05/20 | INTEREST CHARGED ON PURCHASES | | | | 0.00 | |
| 05/20 | 05/20 | INTEREST CHARGED ON BALANCE TRANSFERS | | | | 0.00 | |
| 05/20 | 05/20 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | | 0.00 | |
| 05/20 | 05/20 | INTEREST CHARGED ON BANK CASH ADVANCES | | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | | $0.00 |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $0.00 |
| Total interest charged in 2022 | $0.00 |