Jessica.
of Fraud Department.
West Virginia.

05/17/22

BANK OF AMERICA

www.bankofamerica.com

LL 0514 200 071 27900 #@01 AB 0.461
CUONG NGUYEN
4530 NASSAU DR
SUGAR LAND TX 77479-2115

1-877-~~366~~-1121
8:00 - 8:00
* Phone # Existing claim.
877-388-6578
Bank of America
PO Box 53175
Phonix 85072-3158

May 11, 2022

Account ending in: 1541

Cuong Nguyen:

As you requested, we completed a re-evaluation of your credit card dispute for $23,226.70 - unfortunately, our decision to decline your fraud claim for this transaction(s) hasn't changed. If your claim included other disputed charges, you'll receive a separate letter letting you know when they've been resolved.

Our research included the information you provided with your claim, your account history, and if available, information from the merchant, such as a signed receipt or contract. We confirmed the following:

- We confirmed that the charge on your card either covered an overdraft on your linked deposit account as part of your Balance Connect(TM) for overdraft protection or was a balance transfer that went directly into an account in your name.

**What's Next**

- Any temporary credits applied to your account will be removed. You'll see it on your monthly statement, along with any additional charges or fees you owe.
- If your account was past due at the time of your claim, and no payments were made, it will return to that same status.
- Please continue to make the required payments on your account.