Cuong Nguyen

4530 Nassau Drive

Sugar Land, TX 77479

May 17, 2022



Bank of America

Fraud Department

PO Box 53175

Phoenix, AZ  85072-3158

**Reference: Existing Claim – Account #** ▓▓▓▓▓▓▓▓ **1541**

To Customer Services:

I am writing to request on re-evaluate of my credit card dispute of $23,226 with the following additional information:

- Sugar Land Police Department File Claim number 22-2772 on stolen identity
- Federal Trade Commission File number 147422347

Since no one in Bank of America has asked me to provide the above information for your review and according to Police Officer, W. Lain (281 272-2529)  and my lawyer that the above information should be sufficient in proving me as a victim of fraud identity.

I hope on having your positive review and clear my credit record.  Should there be any additional questions, please contact me directly at 281 903-0446.

Regards,

*[signature: Cuong Nguyen]*

Cuong Nguyen

Encl    copy of FTC Report,

   Drive License

2/4



FTC Report Number:
147422347

# Identity Theft Report

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Cuong | | Nguyen | |
| Address: | Phone: | | Email: |
| 4530 Nassau Drive<br>SUGAR LAND , TX 77479<br>USA | 281-903-0446 | | nguy6406@comcast.net |

## Personal Statement

Reported to BOA Fraud Department on fraud transactions and request to correct the address in multiple times, late January, March and April. BOA did not make any attempts to correct the information and a denied letter is received on May 4.

## Accounts Affected by the Crime

| Fraudulent Charges to My Credit Card | | |
|---|---|---|
| Company or Organization: | Bank of America | |
| Account Number: | ▓▓▓▓▓▓1541 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 1/2022 | 1/2022 | $ 23000 |

## Fraudulent Information on Credit Reports

| Personal Information | Addresses: 9591 Decker Avenue, Anaheim CA 92804-6324 |
|---|---|

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Cuong Nguyen**
Cuong Nguyen

5/5/2022
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.



A/A   #9